**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| EUGENE KYEVONNIE LESLIE, : | |
| : | |
| v. : | CASE NO.: 7:20-cv-79 (WLS) |
| : | |
| PATRICK SHARP, *et al.*, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Plaintiff filed a Complaint concerning his incarceration at the Valdosta State Prison ("VSP") on April 30, 2020. (Doc. 1.) In this Court's initial review of the Complaint, the Court permitted Plaintiff's Eighth Amendment deliberate indifference to a serious medical need claim as well as Plaintiff's Eighth Amendment excessive force claim against Defendant Patrick Sharpe to proceed among others.[1] (Doc. 10.)

Pursuant to this Court's October 19, 2020 Order, discovery in this matter was not to commence until such time as the Defendant filed an answer or dispositive motion. (Doc. 5 at 14.) The deadline to file a dispositive motion was one-hundred and twenty (120) days from when the discovery period commenced. (Doc. 5 at 15.) As Defendant Sharpe filed his Answer to Plaintiff's Complaint on June 10, 2021 (Doc. 26) the deadline to file a dispositive motion was Friday, October 8, 2021. To date, no dispositive motions have been filed.

As Defendant raised several defenses in his Answer (Doc. 26) that could result in the meritorious disposition of this matter without the need for a trial and to allow for the most

---

[1] The Court notes for the purposes of the record that it also permitted Plaintiff's Eighth Amendment deliberate indifference to a serious medical need claim against Defendant Crumbry to proceed. (Doc. 10.) That claim was dismissed without prejudice on February 14, 2022. (Doc. 29.)

1

2

efficient narrowing and clarification of any issues remaining for trial, the Court has elected to extend the deadline to file dispositive motions by **fourteen (14) days** from the entry of this Order, up to and including **Tuesday, March 1, 2022**. If no dispositive motions are filed, this case shall be noticed for a pre-trial conference.

**SO ORDERED**, this 15th day of February 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**