IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| EUGUNE KYEVONNIE LESLIE, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-cv-79 (WLS) |
| | : | |
| Sergeant SHARPE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

Before the Court is a "Recommendation" filed by United States Magistrate Judge Thomas Q. Langstaff on August 3, 2022. (Doc. 33.) Therein, Judge Langstaff recommends that Defendant Sharpe's Motion for Summary Judgment (Doc. 31) be granted.[1] The Recommendation (Doc. 33) is in favor of granting Defendant's Motion for Summary Judgment (Doc. 31) because Defendant Sharpe first did not violate Plaintiff's Eighth Amendment rights – by either using excessive force or being deliberately indifferent to Plaintiff's medical needs – and because Defendant Sharpe is entitled to qualified immunity as no constitutional violation had occurred. (Doc. 33.)

The Recommendation provided the Plaintiff with fourteen (14) days to file a written objection pursuant to 28 U.S.C. § 636(b)(1). To date, no objection has been filed. Upon full review and consideration of the record and finding neither plain error nor manifest injustice in Judge Langstaff's Recommendation, *see United States v. Aponte*, 461 f. App'x 828, 830 n.2 (11th Cir. 2012), this Court finds that the Recommendation (Doc. 33) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for the reason of the

---

[1] The Court notes for the purposes of the record that despite being notified by the Clerk of the Court of his rights and obligations in responding to Defendant's Motion, Plaintiff did not file a Response. (Doc. 32.)

findings made and reasons stated therein. Accordingly, Defendant Sharpe's Motion for Summary Judgment (Doc. 31) on Plaintiff's claims for excessive force and deliberate indifference to a serious medical need against Defendant Sharpe is GRANTED. Judgment shall be entered in favor of Defendant Sharpe and against Plaintiff. There are no remaining defendants or surviving claims.

**SO ORDERED**, this 24th day of August 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**