IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

EUGENE KYEVONNIE LESLIE,                    *

                   Plaintiff,           *

v.                                                            Case No.  7:20-CV-79
                                                             *

Sergeant SHARPE,                                *

                  Defendant.          *

_____          *

## J U D G M E N T

Pursuant to this Court's Order dated August 24, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 24th day of August, 2022.

David W. Bunt, Clerk


s/ S. B. DeCesare, Deputy Clerk